**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 3, 2018**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MANUEL D. REYNOSO,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| Defendant. | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **21 U.S.C. § 844(a)** |
| | : | **(Simple Possession of a Controlled** |
| | : | **Substance)** |
| | : | **21 U.S.C. § 844(a)** |
| | : | **(Simple Possession of a Controlled** |
| | : | **Substance)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d);** |
| | : | **21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)** |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about May 16, 2018, within the District of Columbia, **MANUEL D. REYNOSO**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the State of Virginia, Norfolk Circuit Court, Criminal Case No. CR10003504-00, did unlawfully and knowingly receive and possess a firearm that is, a Glock 27, .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber

ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 16, 2018, within the District of Columbia, **MANUEL D. REYNOSO** did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

>(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT THREE

On or about May 16, 2018, within the District of Columbia, **MANUEL D. REYNOSO** did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of n-ethylpentylone, a Schedule I controlled substance.

>(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of this offense, including but not limited to a Glock 27, .40 caliber semi-automatic pistol and .40 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.