UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-253 (BAH)** |
| | : | |
| v. | : | |
| | : | |
| **MANUEL REYNOSO,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Manuel Reynoso, by and through defense counsel Brian McDaniel, Esq., respectfully move for leave to extend the time by two days for the parties to submit to the Court proposed Plea Agreement Hearing dates and to address the exclusion of time Speedy Trial Act.

On October 25, 2018, the Court entered a Minute Order granting the Joint Motion to Vacate the Motions Hearing and Pretrial Conference Dates and to Schedule a Plea Agreement Hearing. The Court directed the parties to submit on or before October 29, 2018, proposed dates for the Plea Agreement Hearing and to address the exclusion of time under the Speedy Trial Act.   On October 29, 2018, government counsel spoke with Mr. McDaniel.  Mr. McDaniel remains in trial in another jurisdiction.  Additionally, according to Mr. McDaniel, the defendant has requested to speak with Mr. McDaniel.  Because Mr. McDaniel is in trial, he will not be able to speak with the defendant until the evening of October 30, 2018.   Therefore, the parties respectfully request a two day extension to submit proposed dates for the Plea Agreement Hearing and to address the exclusion of time under Speedy Trial Act.

WHEREFORE, for the reasons stated above, the parties respectfully request that the instant motion be granted.

                              Respectfully submitted on behalf of the parties,

                              JESSIE K. LIU
                              United States Attorney
                              D.C. Bar No. 472-845


By:           /s/
                Karla-Dee Clark
                Assistant United States Attorney
                D.C. Bar No. 435-782
                555 Fourth Street, N.W., Room 4826
                Washington, D.C. 20530
                (202) 252-7740
                Karla-Dee.Clark@usdoj.gov