**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 18-cr-00253-BAH |
| | : |
| MANUEL REYNOSO | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF APPEAL**

Now comes Defendant, MANUEL REYNOSO, by and through his trial court counsel, Brian K. McDaniel, and The McDaniel Law Group, PLLC, timely noting his appeal from his conviction and sentence entered in this matter on June 21, 2019.

Respectfully Submitted,

/s/Brian K. McDaniel
Brian K. McDaniel, Esq.
The McDaniel Law Group, PLLC
1920 L. Street N.W.
Suite 303
Washington, D.C. 20036
Telephone (202) 331 – 0793
*Counsel for Defendant Lonnell Tucker*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2019, a copy of the foregoing Notice Of Appeal was served upon counsel for the Government by ECF filing.

/s/Brian K. McDaniel
Brian K. McDaniel, Esq.